# UNITED STATES DISTRICT COURT

for the

District of Arizona

|  |  |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Gottfurcht,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  26-8224 MJ

**CRIMINAL COMPLAINT**

I, the undersigned complainant in this case, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNTS 1-2

On or about November 14, 2025, through on or about December 11, 2025, in the District of Arizona, JEFFREY GOTTFURCHT did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent promises, pretenses and representations, and concealment of material facts, in violation of Title 18, U.S.C. § 1343.

On or about the dates below, defendant GOTTFURCHT, for the purpose of executing the aforesaid scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, as more particularly described below:

| COUNT | DATE | Amount | Funds Sent From Account | Funds Sent To Account |
|---|---|---|---|---|
| 1 | 11/14/25 | $20,000 | BofA Account # XXXXX5044.<br><br>Phoenix, AZ | City National Bank of Florida Account # XXXXXXX5088 Miami, FL |
| 2 | 12/11/25 | $1,094,476.25 | BofA Account # XXXXX5044.<br><br>Phoenix, AZ | City National Bank of Florida Account # XXXXXXX5088 Miami, FL |

All in violation of Title 18, U.S.C. § 1343.

This criminal complaint is based on these facts:

**See attached Affidavit of Probable Cause, incorporated by reference herein.**

☒ Continued on the attached sheet.

Reviewed by AUSA: Kevin Rapp

Digitally signed by KEVIN
RAPP
Date: 2026.06.11 16:09:58
-07'00'

_____
Complainant's signature

FBI Special Agent Marvin Fitchett
_____
Printed name and title

Sworn to and signed telephonically.

Date: 6-12-26

_____
Judge's signature

City and State:  Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Marvin Fitchett, being first duly sworn, hereby depose and state as follows:

### I.    Purpose of Affidavit

1.    This affidavit is made in support of a criminal complaint charging Jeffrey Gottfurcht ("Gottfurcht ") with two counts of 18, U.S.C. § 1343 (Wire Fraud).

2.    This affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

### II.    Background Information and Summary of Criminal Activity

3.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since May 2018. As part of my duties as a FBI Special Agent, I have investigated violations of federal laws including violent crime and gangs, white collar crime, crimes against children, public corruption, assault on a federal officer, and other federal violations. As a Special Agent with the FBI, I have experience and have received training in conducting criminal and national security investigations, collecting evidence, conducting physical surveillance, interviewing witnesses, cooperating individuals, suspects, and informants.

4.    The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other agents and witnesses. This affidavit is

1

intended to show merely that there is sufficient probable cause for a complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5.    There is probable cause to believe that, on or about November 14, 2025 and December 11, 2025, Gottfurcht committed wire fraud in violation of 18, U.S.C. §1343.

6.    Emily Gottfurcht ("Emily"), the wife of Gottfurcht, resides at XXXX E Doubletree Ranch Rd, Paradise Valley, AZ 85253. Jeffrey Gottfurcht driver's license lists the same address as his residence. Emily and Gottfurcht are still married. However, Emily is pursuing a divorce of Gottfurcht. Gottfurcht is currently in custody having been recently charged with various crimes related to assaulting Emily.

7.    Emily told your affiant that Gottfurcht advised her in February 2026 that a woman identified as Dayetsi D. Lopez Garcia ("Garcia") was an escort that Gottfurcht claimed he was dating. Emily further told your affiant that Gottfurcht admitted to her that he bought Garcia a diamond ring, an expensive Lamborghini, and other luxury goods from multiple shopping trips. Based on her knowledge of the family's finances and bank accounts, the source of the funds for these purchases must have come from the company he founded in 2019 known as Cyber Dive.

8.    Cyber Dive is a startup tech company headquartered in Mesa, Arizona. It was founded on or about June 14, 2019, by Gottfurcht and Derek Jackson ("Jackson"). Gottfurcht served as the Chief Executive Office and Jackson served as the Chief Operating Officer. On or about February 13, 2026, Gottfurcht was removed as CEO and Jackson

2

assumed the role of Chief Operations Officer. Cyber Dive Corp is a Delaware corporation qualified to do business in Arizona and maintains registrations with the Delaware Division of Corporation and Arizona Corporation Commission. Cyber Dive offers the Aqua One, a smartphone that allows parents to monitor their children's online activity without restrictions or hacking. The smartphone is sold on Cyber Dive's website.

9.    Cyber Dive Corporation - listed address XXXX E. Baseline Road, Ste 101, Mesa, Arizona 85206-4413. The registered Agent is listed as Gottfurcht at his Paradise Valley address referenced above. Jackson is listed as Director/Vice-President.

10.    According to Jackson, Gottfurcht solicited funds from multiple investors totaling in millions. Jackson learned that Gottfurcht made false statements to investors regarding the number of phones sold. Jackson learned that Gottfurcht told investors Cyber Dive sold approximately 20,000 phones. Jackson advised your affiant that Cyber Dive only sold approximately 200 phones, since its inception.

11.    In addition, Jackson advised your affiant that Gottfurcht made false statements to investors that Cyber Dive would be acquired by companies like private equity firm BlackRock, AT&T, and ultimately Google. Contrary to what Gottfurcht misrepresented to investors, Jackson advised your affiant that Cyber Dive was not in talks with any of those companies and had no paperwork to support the claim that Cyber Dive would be acquired. Jackson said Gottfurcht drafted an email that he based the purported Google acquisition on.

3

12. Your affiant learned through the investigation that investors sent money to Cyber Dive's Bank of America account number XXXXXXXX2532 ("account 2532") and would receive shares in Cyber Dive stock from Colonial Stock Transfer in return.

13. On or about February 21, 2019, Gottfurcht was the sole signatory on Cyber Dive's account 2532. It was learned that Gottfurcht gained sole control of Cyber Dive's bank accounts at Bank of America and Western State Bank after the removal of Jackson and Robert Basso (Basso), a Cyber Dive Board of Directors member.

14. On or about February 13, 2026, Jackson found out that Basso, Cyber Dive's Board of Director member, and himself were not included as signatories on Cyber Dive's Bank of America and Western State Bank accounts.

15. On or about February 20, 2026, Jackson regained access to Cyber Dive's account 2532. Jackson reviewed account 2532 and saw it was overdrawn by $40,000 with multiple large transfers taken from the account by Gottfurcht between approximately October 2025 to January 2026.

16. Emily provided your affiant transaction receipts for two wire transfers that Gottfurcht made. On or about December 8, 2025, Gottfurcht sent a wire for approximately $200,000 from account 2532 to his personal Bank of America account number XXXXXXXX5044 ("account 5044"). On or about December 10, 2025, Gottfurcht sent a wire for approximately $1,294,476 from account 2532 to account 5044.

17. A review of account 2532 showed a withdrawal transaction on or about December 8, 2025, transaction number XXXXX5908 for approximately $200,000. A

withdrawal transaction on or about December 10, 2025, showed transaction number XXXXX4251 for approximately $1,294,476.

18. A review of account 5044 showed a deposit transaction on or about December 8, 2025, transaction number XXXXX5908 for approximately $200,000. A deposit transaction on or about December 10, 2025, showed transaction number XXXXX4251 for approximately $1,294,476.

19. A review of account 5044 showed a withdrawal transaction (outgoing wire transfer) on or about December 11, 2025, transaction number XXXXXXXXXXXX0271 for approximately $1,094,476.25 to BNF: NU World Title Premier LLC. Your affiant learned that Nu World Title Premier LLC was the title company that completed the transaction between REN Realty Investment LLC and Gottfurcht for the purchase of the property located at XXXXX Southwest 161st Court, Miami, FL 33196 on behalf of Garcia.

20. A review of account 5044 showed a withdrawal transaction (outgoing wire transfer) on or about November 14, 2025, transaction number XXXXXXXXXXXX5998 for approximately $20,000 to BNF: NU World Title Premier LLC. Your affiant learned that Nu World Title Premier LLC was the title company that completed the transaction between REN Realty Investment LLC and Gottfurcht for the purchase of the property located at XXXXX Southwest 161st Court, Miami, FL 33196 on behalf of Garcia.

### III. Conclusion

21. Based on my training and experience, and the information provided in this affidavit, I respectfully submit that there is probable cause to believe that on or about

November 14, 2025 and December 11, 2025, within the District of Arizona, Gottfurcht committed violations of    18, U.S.C. § 1343 (Wire Fraud) by transferring funds that belonged to Cyber Dive to his personal bank account in Phoenix and then to an account in Miami, FL for the purchase of a property on behalf of Garcia.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Marvin Fitchett
Special Agent
Federal Bureau of Investigations

Sworn to and subscribed telephonically this 12ᵗ day of June 2026.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

6